1983 Form

JHE
NE

# In the United States District Court
# For the Northern District of Alabama

Edward Lavar King, AIS#270846 _____

_____

_____

CV-17-P-0214-NE

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Kenneth E. Robertson (Correctional Sergeant) _____

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s) _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement ~~XXXXXX XXXXXXXXXX~~ FACILITY (Transfered to Limestone Correctional on 01-20-17

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No (✓) (Hand Wrote one) Copy Included.

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No (✓) Sent to I. WARDEN Estes.

C. If your answer is YES:

   1. What steps did you take? I spoke to SGT. Robertson on and off for nine(9) days about my property because St. Claire does not have a grievance box period. Handwrote one & sent it to I. Warden Estes.

   2. What was the result? Sgt. Robertson continued to tell me they got it, but when I went to the property room to be processed twice, it was not there.

D. If your answer is NO, explain why not? ST. CLAIRE does not have a grievance box in population, nor segregation. Therefore my grievance was made verbal to Sgt. Robertson once. Then a second time in front of Sgt. Rogers while being housed in segregation, cell D-30. There has not been a grievance box here since I got here on 7-22-15. Yet, I handwrote a grievance and handmailed it to I. Warden Estes on 01-02-17. U.S. postal mailed a copy on 01-09-17 to institutional co-ordinator but got transfered on 01-20-17 with no reply.

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Edward Lavar King, AIS#270846

Address ~~XXXX XXXXXXXX XX, XXXXXXXX XXXXXX XXXXX~~ (25779 Nick Davis rd.) Harvest, Al. 35749

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Kenneth E. Robertson__

   is employed as __Correctional Sergeant__

   at __1000 ST. CLAIRE RD. Springville, Alabama 35146__

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On November 4th 2016, I went to Sgt. Robertson asking to be moved to another dorm to avoid possible altercations. In response, he placed me in segregation. I asked him "What about my property?" He said he will send someone to get it. I did not get my property for nine (9) days. Two (2) Correctional Officers on two (2) different occassions, took me to the property room to get it, but it was not there. On 11-13-16, when I did finally get my property it had been rummaged through. My hygiene, 2 genuine leather belts, shell toed adidas, Thermal Suits, Sweat Suits, Sony Radio & Headphones, 99.99 percent gold wedding band, personal mail, pictures, address books, store (package) bought beach towels, T-shirts, Tobogan, shower slides, Wave Caps, Hair brush, and comb was all missing.

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To serve an order for me to be compensated 555,555.55 for punitive damage, mental anguish, stress, emotional grief and frustrating anxiety. My property which was stolen, or lost on respondents watch due to his irresponsibleness as a shift commanding Correctional officer on the said specific date; for Sgt. Robertson to be demoted to CO1, and simply replace my property. Whereas the compensation be rationed out in monthly payments no less than $800.00 per. month until fully/completely paid. If anything was to happen to my life, that the compensation be paid to my two(2) daughters Tierra and Destiny Endsley where their mother cannot touch it. Or to Elizabeth Phillips or Margaret Phillips

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-04-17
(date)

Edward Lavar King AIS#270846
28779 Nick Davis rd.
Harvest, Alabama 35749

Edward Lavar King
Signature(s)

- 4 -

(Exhibit A)

# OFFICER GRIEVANCE REPORT

**INMATE NAME:** Edward Lavar King  **Quarters:** B-2  **CUSTODY:** Medium  **DATE:** 01-02-17

**AIS# 270846**

**INSTITUTION:** ST. CLAIR CORRECTION

**OFFICER/A.D.O.C. Employee Being Charged:** Kenneth E. Robertson  **Employed As:** Correctional Sergeant

**Alledged Violation(s):** Failure to conform to the A.D.O.C. Standards of Conduct: Sergeant Kenneth E. Robertson failed to abide by the oath he was sworn in under on 11-04-16 by not: Rendering full, efficient, and industrious service, exercising courtesy and tact, recognizing his responsibility for taking an active role/part in D.O.C. affairs, upholding with integrity the public trust involved with his position, preventing abuse of authority attached to the use of the badge that was related to department law enforcement personnel in performing and executing his duty in accordance with TITLE 14, Code of Alabama as amended (1975). In violation of administrative regulation number 207/208.

## COMPLAINT/INCIDENT

On 11-04-16, Edward Lavar King came to population Shift Office at or around 9:30 p.m. asking Sgt. Robertson to be placed in another dormatory to prevent any possible altercations. In return inmate was placed in Segregation and charged with creating a security, safety or health hazard. Inmate asked Sgt. Robertson about his property and Sgt. Robertson told inmate that he will send someone to get it. Inmate did not receive his property for nine (9) days. Two (2) Correctional Officers, on two (2) different occassions took inmate Edward Lavar King to the property room to retrieve his property within the nine (9) days, but it was not there. On 11-13-16 when the inmate did finally get his property it had been rummaged through and the following was missing: Hygiene, 2 genuine leather belts, shell toed adidas, Thermal Suits, Sweat Suits, Sony Radio's Headphones, 99.99 percent gold wedding band, Personal mail, Pictures, address books, Incinitive Package store bought beach towels, T-shirts, Tobogan, Shower slides, wave cap, hair brush, and Comb. The rule 505 was nolle processed, but inmate's personal property is gone.

## RELIEF SOUGHT

I would like to have what was lost/stolen replaced to the fullest extent as possible. For what cannot be replaced, I would like to be compensated for to an estimated value equivilent, and compensation for the emotional and mental anguish I have suffered from the loss of addresses, pictures, and letters that are irreplaceable. For Sgt. Robertson to be demoted back to a CO1 status for failure to provide positive leadership, and good example setting as Supervisors are responsible for.

I hereby certify that on this 02 day of January 2016, I have handmailed a copy to the Proper Supervising Personnel.

**Inmate Signature:** Edward Lavar King #270846

**DATE:** 01-02-17

Javd Lamar King #270846
777 N. Jeff Davis Rd.
West, Alabama 35749

BIRMINGHAM
AL 352
07 FEB '17
PM 1 L



02 1P
0000833317
MAILED FROM ZIP CODE

This Correspondence
an Al...
have n...
Dep...
respon...
of the enclos...

[LEGAL MAIL]

35203-200099

CLERK OF
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, Room 1
Hugo L. Black U.S. Court House
1729 5th Avenue North
Birmingham, Alabama 35203-2195